IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01242-REB-MDB

NICOLE RODRIGUES,

    Plaintiff,

v.

AMERICAN FAMILY INSURANCE COMPANY,

    Defendant.

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their counsel, submit the following Stipulation for Dismissal with Prejudice:

1.    The parties have agreed to a compromise of settlement of all claims asserted or that could have been asserted in this action.

2.    All parties have agreed that this action should be dismissed in its entirety with prejudice.

3.    All parties agree that each party is to pay its own costs, expenses, and attorney's fees.

**WHEREFORE**, the parties respectfully request that the Court dismiss this action with prejudice.

Respectfully submitted,

 /s/ Jordan McAdams
*Jordan McAdams*
*David E. McDivitt*
McDivitt Law Firm, PC
19 E. Cimarron Street
Colorado Springs, CO  80903
Telephone: (719) 471-3700
Facsimile: (719) 471-9782
Email:  litigation@mcdivittlaw.com
*Attorneys for Plaintiff*

 /s/ Billy-George Hertzke
*Billy-George Hertzke*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
Email:  bhertzke@sgrllc.com
*Attorneys for Defendant*