**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 23-cv-01242-REB-MDB

NICOLE RODRIGUES,

     Plaintiff,

v.

AMERICAN FAMILY INSURANCE COMPANY,

     Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

     This matter before me on the **Stipulated Motion for Dismissal With Prejudice** [#40],[1] filed August 21, 2024.  After reviewing the motion and the record, I grant the motion.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulated Motion for Dismissal With Prejudice** [#40] is granted;

     2.  That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs;

     3.  That all pending deadlines and hearings, including the combined Final Pretrial/Trial Preparation Conference set August 22, 2024, and the five day jury trial set to commence September 9, 2024, are vacated; and

     4. That this case is closed.

---

     [1]  "[#40]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated August 21, 2024, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge